Irvin Emanuel COLEMAN,
Petitioner–Appellant,

v.

Ronald J. ANGELONE, Director of the
Virginia Department of Corrections,
Respondent–Appellee.

No. 01–6462.

United States Court of Appeals,
Fourth Circuit.

Submitted May 31, 2001.

Decided June 11, 2001.

Irvin Emanuel Coleman, pro se. Steven
Andrew Witmer, Office of the Attorney
General of Virginia, Richmond, VA, for
appellee.

Before WILKINS, TRAXLER, and
KING, Circuit Judges.

PER CURIAM.

Irvin Emanuel Coleman seeks to appeal
the district court's order denying relief on
his petition filed under 28 U.S.C.A. § 2254
(West 1994 & Supp.2000). We have re-
viewed the record and the district court's

opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. *Coleman v. Angelone,* No. CA–00–707–2 (E.D.Va. Feb. 28, 2001). We deny Coleman's motion for preparation of a transcript at government expense and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*